IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00430-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**RODOLFO SERTUCHIE**

    Defendant.

---

**ORDER ALLOWING DISCLOSURE OF PRESENTENCE REPORT TO ADAMS COUNTY DISTRICT COURT**

---

    This matter is before the Court upon request by Cherie Montoya, Adams County Probation Officer, to review the presentence investigation report prepared in this case and relevant supervision history for use in Adams County District Court Case No. 2009-CR-1273. Upon further review, the Court

    ORDERS the presentence investigation report prepared for this Court and relevant supervision history be disclosed to the Adams County Probation Department. The Court

    FURTHER ORDERS that the presentence report not be copied or in any way disclosed beyond the scope of this order, the report and records be delivered to Cherie Montoya, Probation Officer for Adams County, and that Probation Officer Montoya return them to Sr. U.S. Probation Officer Kurt Pierpont.

    DATED at Denver, Colorado, this ____ day of September, 2009.

                         BY THE COURT:

                         _____
                         LEWIS T. BABCOCK
                         Senior United States District Judge