IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00430-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RODOLFO SERTUCHE,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce RODOLFO SERTUCHE, D.O.B. 1984, DOC No. 147685, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 10th day of December, 2009.

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO